

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2016

No. 04-16-00060-CV

Maria Jilma **URIBE** and Jose Carlos Uribe,
Appellants

v.

**CARRINGTON MORTGAGE SERVICES, LLC ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST CO., AS INDENTURE TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST 2006-NC4 ASSET-BACKED PASS-THROUGH CERTIFICATES,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI18492
Honorable Dick Alcala, Judge Presiding

# O R D E R

After this court granted Appellants' first and second motions for extension of time to file their brief, Appellants' brief was due on June 27, 2016. On June 24, 2016, the parties filed a joint motion to abate the appeal. The formerly pro se appellants are now represented by counsel, and the parties move this court to abate the appeal for sixty days for the parties to settle their dispute.

The joint motion to abate this appeal is GRANTED. We ABATE this appeal until August 23, 2016. We ORDER Appellants to file in this court not later than August 23, 2016, (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so the appeal may proceed.

If the parties fail to settle, Appellants' brief will be due on September 22, 2016.

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2016.



Keith E. Hottle
Clerk of Court